IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    NO. 4:21-CR-00153-JDK-AGD |
| | § |
| TYKEDRA SHAKIRIA ANDERSON | § |
| (2) | § |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the offender's supervised release. Dkt. 73 (sealed).

**PROCEDURAL HISTORY**

On November 30, 2022, United States District Judge Jeremy D. Kernodle sentenced Anderson to 40 months of imprisonment followed by four years of supervised release. Dkt. 68 at 2–3. Anderson's current term of supervised release commenced April 10, 2024. Dkt. 73 (sealed).

In November 2024, a probation officer petitioned the court for a warrant, alleging that Anderson had violated conditions of her supervised release. *Id.* The amended petition alleged that Anderson had violated conditions that required her to follow the probation officer's instructions, to refrain from any unlawful use of a controlled substance, to work full time at lawful employment, to acquire a high school equivalency certificate, and to answer the probation officer's questions truthfully. Dkt. 73 (sealed) at 1–3.

In support of those allegations, the petition asserted various instances where Anderson failed to follow instructions, to retain lawful employment, and to answer questions truthfully. *Id.* In October 2025, Anderson submitted a urine sample which tested positive for marijuana. *Id.*

A final revocation hearing was held before me on January 12, 2026. The government agreed to dismiss allegations one and three through five. *See* Minute Entry for January 12, 2026. Anderson pled true to allegation two. *Id.* She also consented to revocation of her supervised release and

waived her right to object to my proposed findings and recommendations. *Id.*; Dkt. 85. The government requested a sentence of 7 months of imprisonment with 24 months additional supervised release, which is within the federal sentencing policy statements; Anderson agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations one and three through five in the petition for revocation of Anderson's supervised release, Dkt. 73 (sealed), be dismissed; (2) Anderson's supervised release be revoked based on allegation two in that petition, *id.*; (3) Anderson be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 7 months, to run consecutively to any imprisonment term imposed in Lamar County Case No. 29110 in the 6th District Court of Lamar County, Texas; and (4) Anderson be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

So ORDERED and SIGNED this 16th day of January, 2026.

*/s/ Don Bush*
_____
Don Bush
United States Magistrate Judge