THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:21-CR-153-JDK-AGD |
| | § | |
| TYKEDRA SHAKIRIA ANDERSON (2) | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 12, 2026, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #86) that Defendant's supervised release be revoked.

Having received the Report of the United States Magistrate Judge (Dkt. #86) and having received Defendant's waiver of her right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #85), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations one and three through five are dismissed; Defendant's supervised release is revoked based on allegation two; Defendant is sentenced to a term of seven months to run consecutively to any imprisonment term imposed in Lamar County Case No. 29110 in the 6th District Court of Lamar County, Texas, with 24 months of

1

supervised release to follow; and the Court hereby recommends Defendant be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this **16th** day of **January, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE